IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES W. CORNELL, | : | |
| | : | Case No. 4:05-cv-0262 |
| Plaintiff, | : | |
| | : | (Judge Jones) |
| v. | : | |
| | : | |
| SEVERN TRENT ENVIRONMENTAL | : | |
| SERVICES, INC., D/B/A SEVERN | : | |
| TRENT PIPELINE SERVICES | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**July 13, 2005**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

     Currently pending before the Court is Defendant Severn Trent Environmental Services Inc.'s Motion to Stay Discovery Pending a Ruling on Defendant's Motion for Summary Judgment (Rec. Doc. 16). Also pending, but not yet ripe, is Defendant's Motion for Summary Judgment (Rec. Doc. 11). As Defendant's Motion may be dispositive of this action, we will grant a stay of discovery until such time as the Court can rule on Defendant's Motion for Summary Judgment.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Defendant's Motion to Stay Discovery Pending a Ruling on Defendant's Motion for Summary Judgment (Rec. Doc. 16) is GRANTED to the extent that discovery in this case shall be stayed for thirty (30) days from the date of this order.

2. The discovery deadline in this case of November 18, 2005 remains unchanged.

S/ John E. Jones III  
John E. Jones III  
United States District Judge
